IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY CLARENCE MEMORY,

      Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
THE CHEESECAKE FACTORY
RESTAURANTS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5468

Opinion filed August 4, 2016.

An appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Judge.

Tony Clarence Memory, pro se, Appellant.

Norman A. Blessing, General Counsel, Amanda L. Neff, Executive Senior Attorney, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.